# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America

vs.

(1) Yanira De Leon
(2) Beatriz Quintana-Velez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: DR:21-M -01776(1,2)
§
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 06, 2021** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(v)(I)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On October 6,2021, defendants Yanira De Leon and Beatriz Quintana-Velez were encountered at the immigration checkpoint near Eagle Pass, Texas, within the Western District of Texas. Yanira and Beatriz were traveling in a 2016 grey Toyota Corolla and are both citizens of Mexico. Yanira granted consent for Agents to look in the trunk of the vehicle where Agents discovered a male individual hiding inside. It was determined*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Quezada, Emanuel
Border Patrol Agent

10/12/2021        at   DEL RIO, Texas
File Date             City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE           Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:21-M -01776(1,2)

(1) Yanira De Leon
(2) Beatriz Quintana-Velez

**Continuation of Statement of Facts:**

this individual was a citizen of Mexico and had illegally entered the United States. Yanira provided a sworn statement admitting she was in contact with an unknown person who told her to travel to Eagle Pass to pick up a person for $1,000 and bring him back to Houston, Texas. Yanira also admitted to being involved with another smuggling attempt in May of 2021. Beatriz stated Yanira asked to borrow her car and that Yanira was going to pay her $1,000 to come with her."

_____   _____
Signature of Judicial Officer   Signature of Complainant